# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM BRUMFIELD

VERSUS

TOM DARRICK BERRY AND
CHARLETTE ANNETTE GREEN

NO.   2025 CW 0370

**JULY 28, 2025**

---

In Re:   Tom Darrick Berry, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
731680.

---

**BEFORE:   THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

**MRT**
**WIL**

**Miller, J.**, would not consider the writ. The writ application
does not include the signed judgment, in violation of Rule 4-
5(C)(6) of the Uniform Rules of Louisiana Courts of Appeal and a
copy of the pertinent hearing transcript is needed.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT